UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TALMERA USA, INC., individually
and for the use and benefit of
ROYAL & SUN ALLIANCE INSURANCE
COMPANY OF CANADA

    Plaintiffs,

v.                                CASE NO. 3:23-cv-0149-HES-JBT

LANDSTAR GLOBAL LOGISTICS, INC.,
LANDSTAR SYSTEM, INC., and
JOTS LOGISTICS, LLC.,

    Defendants.
_____/

## O R D E R

This matter is before this Court on the "Joint Stipulation for Dismissal with Prejudice" (Dkt. 18).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation for Dismissal with Prejudice" (Dkt. 18) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is **dismissed with prejudice**, with each party to bear its own fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20 day of March 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Thomas Albert Boyd, Esq.
James Francis Moseley, Jr., Esq.
Joni Alexis Poitier, Esq.